**Order entered December 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01125-CV

### IN THE INTEREST OF E.P.S. AND X.Z.S., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30153-2016**

## ORDER

Before the Court is appellant's December 2, 2019 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on December 2, 2019 filed as of the date of this order.

/s/    BILL WHITEHILL
        JUSTICE